STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS J. BRADY
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 8 2000

at 10 o'clock and 40 min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR00-00270 SOM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [21 U.S.C. §§ 846, 841(a)(1); |
| ) | 18 U.S.C. § 2] |
| GILBERT MARK PERALES, (01),) | |
| KERRY CAROLINE O'MAHONY (02),) | |
| ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but from at least June 17, 2000, to on or about June 18, 2000, within the District of Hawaii and elsewhere,

GILBERT MARK PERALES, and

KERRY CAROLINE O'MAHONY

defendants herein, did conspire, with each other and others unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 50 grams, to wit, approximately two (2) pounds of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the following overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy:

1) On or about the June 17, 2000, PERALES made reservations for himself and co-defendant O'MAHONY on Delta Airlines for the following day, Flight # 341, Los Angeles, California to Honolulu, Hawaii.

2) On or about June 18, 2000, O'MAHONY placed four (4) separate packages, wrapped in fabric softener sheets and sealed in zip-lock bags in the crotch area of a pair of black lycra shorts she was wearing and boarded a Delta Airline plane in Los Angeles, California.

3) On or about June 18, 2000, at approximately 8 p.m., PERALES, along with co-defendant O'MAHONY boarded Flight #341 and flew to Honolulu, Hawaii.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges that:

On or about June 18, 2000, in the District of Hawaii and elsewhere, GILBERT MARK PERALES and KERRY CAROLINE O'MAHONY, did knowingly and intentionally possess with intent to distribute in excess of 50 grams, to wit, approximately two (2) pounds of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: June 28, 2000, at Honolulu, Hawaii.

A TRUE BILL.

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

United States v. Gilbert Mark Perales, et al.
"Indictment"
Cr. No. _____